Form 12 - Travel
D/NV Form
Rev. Mar. 2008

# United States District Court

for

the District of Nevada

## REQUEST FOR TRAVEL OUTSIDE
## THE CONTIGUOUS UNITED STATES

**Name of Offender:**   DEXTER GOMEZ

Case Number:   **2:10-cr-00098-RLH-PAL**

Name of Sentencing Judicial Officer:   Honorable Helen Gillmor

Date of Original Sentence:   January 22, 2004

Original Offense:   Possession with intent to distribute and distribute marijuana

Original Sentence:   97 months imprisonment followed by five years of supervised release

Date Supervision Commenced:   December 16, 2009

Date Jurisdiction Transferred to District of Nevada:   March 8, 2010

Name of Assigned Judicial Officer:   Honorable Roger L. Hunt

## SUMMARY

Mr. Gomez has submitted a travel request to travel to Daan-Lungsod, Gingoog City, Philippines in May to visit his family.  His father has been in and out of the hospital in recent months and will be staying with his parents.  Mr. Gomez has plans to purchase his airline travel and decide on an exact date upon approval from the Court.  Mr. Gomez has agreed to provide a copy of his itinerary prior to his departure.

Gomez is currently in compliance with his conditions of supervision.  The probation office respectfully requests that Gomez be allowed to travel to the Philippines on the aforementioned date.  He is aware that if the Court does not authorize his travel, he must remain the Unites States until he satisfactorily completes his term of supervision.

                                        Respectfully submitted,

                                        *Michelle Cravotta*
                                        MICHELLE L. CRAVOTTA
                                        United States Probation Officer

Form 12 - Travel
D/NV Form
Rev. Mar. 2008

**RE: DEXTER GOMEZ**

APPROVED: *[signature]*
NANCY M. BOULTON
Supervising United States Probation Officer

---

*THE COURT ORDERS:*

__X__   Requested Travel is Approved

_____  Requested Travel is Denied

_____  Other

_[signature]_
Signature of Judicial Officer

March 4, 2011
Date